SEARCH WARRANT RETURN (REV. 03/13)

# RETURN

Case No.: 22-01785MB

☒ FILED  ☐ LODGED

**Jun 29 2022**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 6/17/2022 | 6/27/2022 at 3:43 PM | In evidence bag to be returned to Adam Tovar |

**INVENTORY MADE IN THE PRESENCE OF**
SA Christopher Cravens

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

Digital data from micro SD cards.

## NOT EXECUTED

☐ This Warrant was Not Executed.
*(check this box if the warrant was never executed and leave the sections above blank.)*

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: 6/29/2022

CHRISTOPHER M CRAVENS
Digitally signed by CHRISTOPHER M CRAVENS
Date: 2022.06.29 09:03:17 -07'00'

Executing Officer's Signature

Christopher Cravens    Special Agent/HSI

Printed Name and Title